Dane W. Anderson, Esq.
Nevada Bar No. 6883
**WOODBURN AND WEDGE**
6100 Neil Road, Suite 500
Reno, NV 89511
Telephone: 775-688-3000
Facsimile: 775-688-3088
danderson@woodburnandwedge.com
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRYLAN LEE WHATLEY,<br><br>  Plaintiff,<br><br>vs.<br><br>ESPORTS ENTERNTAINMENT GROUP, INC., f/k/a VGAMBLING, INC.,<br><br>  Defendant. | Case No. 3:19-cv-00111-LRH-WGC |

## SUBSTITUTION OF COUNSEL

Esports Entertainment Group, Inc., f/k/a VGambling, Inc., Defendant, hereby substitutes Dane W. Anderson, Esq., Woodburn and Wedge, 6100 Neil Road, Suite 500, Reno, NV 89511, 775-688-3000, as attorney of record in place and stead of Giovanna Abreu O'Connor, Esq. and Brandon Jay Hechtman, Esq., Wicker, Smith, O'Hara, McCoy & Ford, P.A.

Dated: March 4, 2019.

ESPORTS ENTERTAINMENT GROUP, INC.
f/k/a VGambling, Inc.

Grant R. Johnson, President

1

I hereby consent to the above substitution:

DATED: March 12th 2019.                    WICKER SMITH O'HARA MCCOY
                                           & FORD, P.A.

                                           /s/ Giovanna Abreu O'Connor
                                           Giovanna Abreu O'Connor
                                           Florida Bar No. 95867
                                           Brandon Jay Hechtman, Esq.
                                           Florida Bar No. 88652
                                           2800 Ponce de Leon Boulevard
                                           Suite 800
                                           Coral Gables, FL 33134
                                           305-461-8756
                                           goconnor@wickersmith.com
                                           miacrtpleadings@wickersmith.com


I am duly admitted to practice in this District.
Above substitution accepted.

DATED: March 12th 2019.                    WOODBURN AND WEDGE

                                           /s/ Dane W. Anderson
                                           Dane W. Anderson, Esq.
                                           Nevada Bar No. 6883
                                           6100 Neil Road, Suite 500
                                           Reno, NV 89511
                                           775-688-3000
                                           danderson@woodburnandwedge.com


Please check one: ✓ RETAINED, or ___ APPOINTED BY THE COURT.


                                           APPROVED:

                                           William G. Cobb
DATED: March 13, 2019.                     _____
                                           U.S. MAGISTRATE JUDGE

2